RETAIN

Paul Mannes , U.S. BANKRUPTCY JUDGE                    Evidentiary Hrg: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 04/13/2010 Time: 10:00

09-33420 Alexander A. Martinez and Leonor I. Martinez

Kaminsky

Jeffrey M. Sirody representing Alexander A. Martinez (Debtor)

Jeffrey M. Sirody representing Leonor I. Martinez (Debtor)

Nancy L Spencer Grigsby (Trustee)

[2] Chapter 13 Plan with Pre-Confirmation Certification
filed by Jeffrey M. Sirody of Sirody, Freiman & Feldman
on behalf of Alexander A. Martinez, Leonor I. Martinez.
(Sirody, Jeffrey) Modified on 12/2/2009 CORRECTIVE ENTRY:
TEXT ENHANCED.

OMINSKY to enter appearance

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___
Denied without/with leave to amend by: _____Conf_____Dismissed
Continued to: _____ 6/15 ~ 10 am

Other Matters:      (List Paper No next to ruling)

| | | | | | |
|---|---|---|---|---|---|
| Granted | _____ | Sustained | _____ | Denied | _____ |
| Overruled | _____ | Withdrawn | _____ | Under Adv. | _____ |
| Moot | _____ | Consent | _____ | Dismissed | _____ |
| O.T.J. Fee | _____ | | | | |

DECISION:

[ ] Signed by Court      [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel      [ ] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES:

2009 tax returns
child support payments
child care expenses.

whats being abandoned?