UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                                              |
                                                    |
ALEXANDER A MARTINEZ          |     Case No. 09-33420 PM
LEONOR I MARTINEZ                |     Chapter 13
                                                    |
            Debtor(s)                        |

### TRUSTEE'S OBJECTION TO CONFIRMATION

Nancy Spencer Grigsby, Chapter 13 Trustee in the above-captioned case ("Trustee"), pursuant to section 1325, generally, of the Bankruptcy Code and Bankruptcy Rule 3015 (f) objects to confirmation of the Debtor(s) Chapter 13 plan. In support of her motion, the Trustee respectfully represents the following:

1. This Chapter 13 case was filed on December 1, 2009. The Debtor's Chapter 13 plan was filed on December 1, 2009. The Plan calls for payments of $50.00 per month for 3 months, then 908.00 per month for 57 months.

2. Pursuant to discussions at the meeting of creditors, the Debtor was to amend schedules I and J to more accurately reflect the household budget. To date, no such amendments have been filed. Accordingly, the Trustee can not determine whether the plan is feasible or whether all projected disposable income is dedicated to plan payments.

3. The Plan proposes to pay secured creditors in equal monthly installments pursuant to §1325 (a)(5)(B)(iii)(I). However, the Plan fails to provide the amounts or durations of such payments. The Plan is, therefore, too vague for the Trustee to administer.

4. As discussed at the meeting of creditors, the Debtor was to file an Amended Plan to clarify Chase Mortgage loans on foreclosed properties with property address.

5. The Debtors' attorney was to file a Motion to avoid the second Deed of Trust held by Chase Mortgage. As of this date, no motion has been filed.

6. The Plan fails to provide for the treatment of the secured claim filed by Montgomery Chase Condominium in the amount of $3,380.12.

7. The Debtor(s) have failed to file a pre-confirmation certification pursuant to Administrative Order 06-01.

**WHEREFORE**, the Trustee cannot recommend confirmation of the Plan.

April 20, 2010                                  Respectfully submitted,

**/s/Nancy Spencer Grigsby**
Chapter 13 Trustee
4201 Mitchellville Rd, Ste 401
Bowie, Maryland 20716
(301) 805-4700
ngrigsby@ch13md.com
mmclean@ch13md.com

CERTIFICATE OF SERVICE

      I hereby certify that the Objection to Confirmation was served this 20th day of April 2010 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or first class mail, postage prepaid to:

Alexander A. Martinez
Leonor I. Martinez
3863 Braveheart Drive
Frederick, MD 21704
**Debtor(s)**

Jeffrey M. Sirody
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208
**Debtor(s) Counsel**

                                             **/s/Nancy Spencer Grigsby**
                                             Chapter 13 Trustee