IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re:  Alexander Martinez | * | Case No.: 09-33420 |
| and | * | |
| Leonor Martinez, | * | (Chapter 13) |
| Debtors. | * | |
| *   *   *   *   *   * | * | |
| Alexander Martinez | * | |
| and | * | |
| Leonor Martinez, | * | |
| Movants, | * | |
| vs. | * | |
| | * | |
| Chase Home Finance | * | |
| | * | |
| Respondent. | * | |
| *   *   *   *   *   * | * | |
| SERVE ON: | * | |
| | * | |
| Vanessa Molina, Operations Specialist | * | |
| Chase Finance | * | |
| 8333 Ridgepoint Drive, Floor 01 | * | |
| Irving, TX 75063-5812 | * | |
| *Filed Proof of Claim* | * | |
| | * | |
| The Corporation Trust Incorporated | * | |
| 351 West Camden Street | * | |
| Baltimore, MD 21201 | * | |
| *Resident Agent per SDAT* | * | |
| | * | |
| Mr. James Dimon, Chairman & CEO | * | |
| JP Morgan Chase Bank, N.A. | * | |
| 270 Park Avenue - 35th Floor | * | |
| New York, NY 10017 | * | |
| *Principal Office per SDAT* | * | |
| *   *   *   *   *   * | *   *   *   *   * | |

**DEBTORS' AMENDED MOTION TO DETERMINE STATUS AND AVOID LIEN
PURSUANT TO 11 U.S.C. SECTION 506(a)**

NOW COMES, the Debtors (the "Movants"), by and through Jeffrey M. Sirody, Esquire, their attorney, and in filing this *Debtors' Motion To Determine Status And Avoid Lien Pursuant To 11 U.S.C. Section 506(a)*, states as follows:

1. This is a core proceeding over which the Court has subject matter jurisdiction pursuant to 11 U.S.C. Sections 502 and 506, 28 U.S.C. Section 157(b)(2)(B) and (K), and Federal Bankruptcy Rules 3012 and 9014.
2. The Movants filed this case on December 1, 2009, under Chapter 13.
3. The Movants are residents of Frederick County, State of Maryland and are the fee simple owners of an interest in certain real property known as: 3863 Braveheart Drive, Frederick, Maryland 21704 (the "Property").
4. BAC Home Loans Servicing holds a perfected senior mortgage lien ("First Lien") duly recorded in the Land Records Office of Frederick County against the Property and is entitled to a secured claim in the amount of approximately $ 564,753.52, per Proof of Claim # 9 filed in this case.
5. Subsequent to when the First Lien was recorded, a Junior Mortgage Lien ("Second Lien") was recorded in favor of the Respondent, Hase Home Finance. The amount currently owed on the Second Lien is $74,433.45, per Proof of Claim #6 filed in this case.
6. The Property has a value of $ 480,000.00, which is supported by an appraisal. See attached.
7. Pursuant to Sections 506(a) and 1322 of Title 11, the Bankruptcy Code, the Second Lien of Respondent is wholly unsecured; there exists no equity in the Property above what is needed to satisfy the First Lien.
8. According to <u>Johnson v. Asset Management Group, LLC</u>, 226 B.R. 364 (D. Md. 1998), while a mortgage lien against the Movants' property may be avoided upon the entry of the discharge, an order avoiding that lien is necessary for filing among the Land Records of that property's city/county to clear title to the property; in this instance, Frederick County, Maryland.
9. Movants hereby file this Motion to determine the extent of the value of the Respondent's security interest in the Property, and to strip/avoid the junior lien of Respondent.
10. Such status determination and lien avoidance is necessary for the Movants' successful reorganization and for the benefit of the unsecured

creditors.

WHEREFORE, upon the premises considered, the Movants respectfully request this Court find in favor of the Movants and enter an order that:

    a.    Declares that the Second Lien of Respondent is wholly unsecured; and

    b.    The junior mortgage lien (Second Lien) of Respondent is entirely avoided; and

    c.    The Respondent shall remove its Second Lien from the land records of the appropriate county upon completion of this case; and

    d.    Grant such other and further relief as may be fair and just.

Respectfully submitted,

April 21, 2010

_____/s/_____
Jeffrey M. Sirody, Esquire, Bar No.11715
Sirody Frieman & Feldman, PC
1777 Reisterstown Road, Suite 360
Baltimore, MD 21208
(410) 415-0445

Counsel for the Debtors/Movants

## CERTIFICATION OF NOTIFICATION AND MAILING

I hereby certify and affirm under the penalties of perjury that on this 21st day of April 2010,, a copy of the foregoing Amended Motion to Determine Secured Status Pursuant to 11 U.S.C. Section 506, proposed Order and Notice of Hearing and were sent by first class mail to:

Vanessa Molina, Operations Specialist
Chase Finance
8333 Ridgepoint Drive, Floor 01
Irving, TX 75063-5812

The Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD 21202

*via Certified Mail to:*
Mr. James Dimon, Chairman & CEO

JP Morgan Chase Bank
270 Park Avenue - 35th Floor
New York, NY 10017

*and electronically served upon*:
Office of U.S. Trustee
Chapter 13 Trustee

                                                  _____/s/_____
                                                     Jeffrey M. Sirody, Esquire