

PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: Alexander Martinez and Leonor Martinez, Debtors. | * * * * | Case No.: 09-33420 (Chapter 13) |
| Alexander Martinez and Leonor Martinez, Movants, vs. Chase Home Finance Respondent. | * * * * * * * * * | |

### ORDER GRANTING AMENDED MOTION TO AVOID LIEN ON DEBTORS' PRINCIPAL RESIDENCE

Having considered the Debtors' *Amended Motion To Avoid Lien*, and it appearing that proper notice has been given, pursuant to 11 U.S.C. Sec. 506, and for the reasons set forth in the case of Johnson v. Asset Management Group, LLC, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the claim of Respondent is hereby deemed wholly unsecured.

ORDERED, that at such time as a discharge Order is entered, pursuant to 11 U.S.C. Sec. 1328(a), in this case, the lien held in favor of Respondent on Debtors' real property described as: 3863 Braveheart Drive, Frederick County, Frederick, Maryland 21704, shall be void, and it is further

ORDERED, that the claim of the Respondent herein shall be allowed as a general unsecured claim under the debtors' plan

cc:
Trustee
Debtor(s)
Debtor(s) Attorney
Respondent
U.S. Trustee
Chapter 13 Trustee

END OF ORDER
2 of 2